# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

                    Plaintiff,          Case No.   3:03 – CV – 392

-vs-

ONE 2002 CADILLAC ESCALADE
VIN # 1428, et al.,                              **District Judge Thomas M. Rose**

                    Defendants.

_____

## ENTRY AND ORDER

_____

       The civil matter has been pending since 2003. The criminal forfeiture (07-CR-173) has been pending since 2007. On March 20, 2013 the Supreme Court of the United States denied the Writ of Certiorari in said criminal case, the Plaintiff United States has not filed a status report since September 5, 2012 in this case.

       Therefore, Plaintiff, United States, is ordered to file a status report setting forth the reasons that the criminal forfeiture has not proceeded as indicated in the February 5, 2012 status report and the plan for the prosecution of said criminal forfeiture action. This status report is to be filed on or before April 9, 2013.

       IT IS SO ORDERED.

April 2, 2013                              s/*Thomas M. Rose*
                                                           _____
                                                           THOMAS M. ROSE
                                                           UNITED STATES DISTRICT JUDGE