# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　Case No.: 3:03CV392

　　　　Plaintiff,　　　　　　　　　　　　　Judge Thomas M. Rose

v.

ONE 2002 CADILLAC ESCALADE,
VIN#1428, et al.

　　　　Defendants.

## ORDER DISMISSING COMPLAINT

Upon Plaintiff, United States of America's, Motion to Dismiss Complaint, on the grounds that all of the Defendant's assets in this case have been forfeited through the related criminal case, <u>United States v. Anthony Baltimore</u>, Case No. 3:07CR173, the above captioned forfeiture case is hereby DISMISSED and terminated on the docket.

Date: March 13, 2014　　　　　　　　　　*s/Thomas M. Rose*
　　　　　　　　　　　　　　　　　　　　THOMAS M. ROSE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE